**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JONATHAN MAYO,**

Petitioner,

v.                                                                         Civil Action No. **3:20CV215**

**CHRIS WALZ,** *et al.*,

Respondents.

## MEMORANDUM OPINION

Jonathan Mayo, a Virginia inmate proceeding *pro se*, filed this petition under 28 U.S.C.

§ 2254 challenging his January 2020 convictions in the Circuit Court of the City of Newport

News. On June 30, 2020, the Magistrate Judge issued a Report and Recommendation wherein he

recommended dismissing the § 2254 Petition for lack of exhaustion. (ECF No. 9.) The Court

advised Mayo that he could file objections within fourteen (14) days after the entry of the Report

and Recommendation. Mayo has not responded.

"The magistrate [judge] makes only a recommendation to this court. The

recommendation has no presumptive weight, and the responsibility to make a final determination

remains with this court." *Estrada v. Witkowski*, 816 F. Supp. 408, 410 (D.S.C. 1993) (citing

*Mathews v. Weber*, 423 U.S. 261, 270–71 (1976)). This Court "shall make a de novo

determination of those portions of the report or specified proposed findings or recommendations

to which objection is made." 28 U.S.C. § 636(b)(1). "The filing of objections to a magistrate's

report enables the district judge to focus attention on those issues—factual and legal—that are at

the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985) (footnote omitted).

In the absence of a specific written objection, this Court may adopt a magistrate judge's

recommendation without conducting a de novo review. *See Diamond v. Colonial Life &*

*Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

There being no objections, and the Court having determined that the Report and

Recommendation is correct on its merits, the Report and Recommendation (ECF No. 9) will be

ACCEPTED and ADOPTED. Mayo's claims and the action will be DISMISSED. A certificate

of appealability will be DENIED.

An appropriate Order will accompany this Memorandum Opinion.

_____ /s/

M. Hannah Lauck
United States District Judge

Date: August 7, 2020
Richmond, Virginia